Circuit Court for Baltimore City
Case No. 24-C-07-005603
Argued: September 10, 2019

IN THE COURT OF APPEALS

OF MARYLAND

No. 2

September Term, 2019

_____

TELOS CORPORATION

v.

SETH W. HAMOT, et al.

_____

Barbera, C.J.
McDonald
Watts
Hotten
Getty
Booth
Adkins, Sally D. (Senior Judge,
Specially Assigned)

JJ.

_____

PER CURIAM ORDER

_____

Filed: September 11, 2019

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



Suzanne C. Johnson, Clerk

| | | |
|---|---|---|
| **TELOS CORPORATION** | * | **IN THE** |
| | * | **COURT OF APPEALS** |
| **v.** | * | **OF MARYLAND** |
| | * | **No. 2** |
| **SETH W. HAMOT, et al.** | * | **September Term, 2019** |

## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 11th day of September, 2019,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

/s/ Mary Ellen Barbera
Chief Judge